BRIAN B. BOYNTON
Principal Deputy Assistant Attorney General
BURDEN H. WALKER
Acting Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director
DAVID G. CROCKETT, JR.
Trial Attorney
JAMES T. NELSON
Senior Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
450 Fifth Street, N.W., Room 6400-South
Washington, D.C. 20001
Office: 202-305-0192
Facsimile: 202-514-8742

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICO LOPEZ FOODS, INC., a corporation and EDWIN RIZO and TOMAS RIZO,<br><br>  Defendants. | Case No.:   2:24-cv-02624-DJC-JDP<br><br>**STIPULATION AND ORDER TO ENTER CONSENT DECREE** |

## STIPULATION

Pursuant to Local Rule 143(a)(1), it is hereby stipulated by and between the United States of America (the "United States") and Defendants Rizo Lopez Foods, Inc., Edwin Rizo and Tomas Rizo (collectively, "Defendants") as follows:

///

///

1.    On September 27, 2024, the United States filed a civil complaint (the "Complaint") in this district against Defendants.

2.    The United States and Defendants now jointly agree and hereby stipulate to entry of the Consent Decree as a final settlement of the dispute raised in the Complaint, pursuant to Court approval. In light of the settlement, the United States and Defendants respectfully request that the Court sign and enter the attached Consent Decree.

Date: 9/19/2024        UNITED STATES OF AMERICA

By: _____
David G. Crockett, Jr.
Attorney for the United States of America

Date: 9/26/2024        DEFENDANTS RIXO LOPEZ FOODS, INC., EDWIN RIZO AND TOMAS RIZO

By: _____
Lillian S. Hardy
Hogan Lovells
Attorney for Defendants Rizo Lopez Foods, Inc., Edwin Rizo and Tomas Rizo

# **ORDER**

The stipulation is approved; and

The Consent Decree is entered as a final resolution of the dispute raised in the United States' Complaint against Defendants Rizo Lopez Foods, Inc., Edwin Rizo and Tomas Rizo.

IT IS SO ORDERED.

Date:  October 7, 2024      /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE